*Board of Educ. v Jones,* 205 AD2d 486 [No. 9] [decided herewith]). Thompson, J. P., Rosenblatt, Pizzuto and Florio, JJ., concur.

■ BOARD OF EDUCATION OF THE BAYPORT-BLUE POINT UNION FREE SCHOOL DISTRICT et al., Respondents, v FRANK JONES, as Supervisor of the Town of Islip, et al., Appellants. [614 NYS2d 284] —In an action for money had and received, the defendants appeal from a judgment of the Supreme Court, Suffolk County (Gowan, J.), dated November 4, 1993, which is in favor of the plaintiffs and against them.

Ordered that the judgment is affirmed, with costs *(see, Board of Educ. v Jones,* 205 AD2d 486 [No. 9] [decided herewith]). Thompson, J. P., Rosenblatt, Pizzuto and Florio, JJ., concur.

■ BOARD OF EDUCATION OF THE CONNETQUOT CENTRAL SCHOOL DISTRICT et al., Respondents, v FRANK JONES, as Supervisor of the Town of Islip, et al., Appellants. [614 NYS2d 285] —In an action for money had and received, the defendants appeal from a judgment of the Supreme Court, Suffolk County (Gowan, J.), dated November 4, 1993, which is in favor of the plaintiffs and against them.

Ordered that the judgment is affirmed, with costs *(see, Board of Educ. v Jones,* 205 AD2d 486 [No. 9] [decided herewith]). Thompson, J. P., Rosenblatt, Pizzuto and Florio, JJ., concur.

■ BOARD OF EDUCATION OF THE HAUPPAUGE UNION FREE SCHOOL DISTRICT et al., Respondents, v FRANK JONES, as Supervisor of the Town of Islip, et al., Appellants. [614 NYS2d 284] —In an action for money had and received, the defendants appeal from a judgment of the Supreme Court, Suffolk County (Gowan, J.), dated November 4, 1993, which is in favor of the plaintiffs and against them.

Ordered that the judgment is affirmed, with costs *(see, Board of Educ. v Jones,* 205 AD2d 486 [No. 9] [decided herewith]). Thompson, J. P., Rosenblatt, Pizzuto and Florio, JJ., concur.

■ BOARD OF EDUCATION OF THE SACHEM CENTRAL SCHOOL DISTRICT AT HOLBROOK et al., Respondents, v FRANK JONES, as Supervisor of the Town of Islip, et al., Appellants. [614 NYS2d 23] —In an action for money had and received, the defendants appeal from a judgment of the Supreme Court, Suffolk County (Gowan, J.), dated November 4, 1993, which is in favor of the plaintiffs and against them.